# United States Court of Appeals

## For the Eighth Circuit

_____

No. 14-2698

_____

Reginald Clemons

*Plaintiff - Appellant*

v.

George Lombardi, MDOC Director, Individual Capacity; John/Jane Doe, General
Counsel, Individual Capacity; Troy Steele, Warden, PCC, Individual Capacity;
Brenda Ross, Litigation Officer, Individual Capacity; Douglas Nickelson, Phone
Monitor, Individual Capacity; Timothy Lancaster, Investigator, Individual Capacity

*Defendant*s

Daniel Dicus, Correctional Officer, Individual Capacity; Jeff Harper, Correctional
Officer, Individual Capacity; Thomas Collins, Disciplinary Hearing Officer,
Individual Capacity

*Defendants - Appellees*

John/Jane Doe, Functional Unit Manager, Individual Capacity; Christine Henson,
Correctional Officer, Individual Capacity; Matt Briesacher

*Defendant*s

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: March 5, 2015
Filed: March 13, 2015
[Unpublished]

_____

Before MURPHY, BOWMAN, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Missouri inmate Reginald Clemons appeals following entry of final judgment by the district court[1] in this 42 U.S.C. § 1983 action. Having carefully reviewed the record and considered Clemons's arguments for reversal, we conclude that, for the reasons expressed in the district court's relevant orders, the court (1) properly dismissed, for failure to state a claim, Clemons's claim regarding telephone calls; (2) properly granted summary judgment on his retaliation claim; and (3) did not abuse its broad discretion in denying injunctive relief, and in refusing to compel additional discovery. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Catherine D. Perry, Chief Judge, United States District Court for the Eastern District of Missouri.